# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

BRANDY ANN NEILL,
ADC #712275                                                                        PLAINTIFF

V.                                  3:14CV00011 JLH/JTR

C. W. KNAUTS; and
GERALD MCCLUNG,
Clay County Sheriff                                                                DEFENDANTS

## ORDER

Defendants have filed their Answers. *Docs. 9 & 11.* The parties will have 120 days to *complete* discovery and 150 days to file any dispositive motions.[1]

IT IS THEREFORE ORDERED THAT:

1.  The parties must complete discovery, **on or before August 5, 2014**, and file any dispositive motions **on or before September 4, 2014.**

2.  Pursuant to Fed. R. Civ. P. 30(a)(2)(B), both Defendants are granted permission to depose Plaintiff, if they so choose.

---

[1] This means that the parties must send their final discovery requests to the opposing side so that they have the full amount of time, as provided by the Federal Rules of Civil Procedure, to respond before the discovery deadline expires. For instance, Fed. R. Civ. P. 33(b)(2) states that a party has 30 days to respond to interrogatories. Thus, the parties must send their final interrogatories to the opposing side *at least* 30 days before the expiration of the discovery deadline.

Dated this 7th day of April, 2014.

                                          */s/ J. Thomas Ray*
                                     UNITED STATES MAGISTRATE JUDGE