**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

BRANDY ANN NEILL, ADC #712275                                              PLAINTIFF

v.                              No. 3:14CV00011 JLH/JTR

C.W. KNAUTS, Public Defender;
and GERALD McCLUNG, Clay County Sheriff                        DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.      Defendant McClung's Motion for Summary Judgment is GRANTED, and the claims against him are DISMISSED, WITHOUT PREJUDICE. Document #18.

2.      Defendant Knauts' Motion for Summary Judgment is GRANTED, and the claim against him is DISMISSED, WITH PREJUDICE. Document #14.

3.      It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 20th day of March, 2015.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE