**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

BRANDY ANN NEILL, ADC #712275                                                                   PLAINTIFF

v.                                       No. 3:14CV00011 JLH/JTR

C.W. KNAUTS, Public Defender;
and GERALD McCLUNG, Clay County Sheriff                                                    DEFENDANTS

## JUDGMENT

Consistent with the Order entered on this day, this case is dismissed. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

Dated this 20th day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE